

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00410-CR

RAY GUERRA                                                APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ray Guerra attempts to appeal his conviction for possession of a controlled substance, imposed following a bench trial on July 30, 2010. Under Texas Rule of Appellate Procedure 26.2(a), a notice of appeal was due on August 30, 2010. Tex. R. App. P. 26.2(a). Appellant, however, filed his notice of appeal on September 28, 2010. In addition, the trial court's certification of

---

[1]*See* Tex. R. App. P. 47.4.

defendant's right to appeal states that Appellant has waived his right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

On September 29, 2010, we sent Appellant's attorney a letter advising that we were concerned that we lacked jurisdiction over this appeal, and further advising that unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by October 11, 2010, we would dismiss the appeal for want of jurisdiction. To date, we have received no response.

A notice of appeal that complies with the requirements of rule 26 is essential to vest this court with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The court of criminal appeals has expressly held that, without a timely filed notice of appeal or motion for extension of time, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton*, 981 S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 16, 2010

2